## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ERVIN,** | Case No. 2:11-CV-01102-LKK-DAD |
| Plaintiff, | **Order** |
| vs. | |
| **ROSEN and LOEB,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 16th day of July, 2012.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order to Dismiss - 1